IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAW OFFICES OF CHRISTY LEE, P.C.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEGHAN RAE, *et al.*<br><br>　　　　　Defendants.<br><br>---<br><br>MEGHAN RAE, *et al.*,<br><br>　　　　　Counterclaimants,<br><br>　　v.<br><br>CHRISTINA LEE, *et al..*,<br><br>　　　　　Counterdefendants. | Case No. 3:24-cv-00176-SLG |

### ORDER RE MOTION TO REMAND TO STATE COURT

Before the Court at Docket 5 is Plaintiff and Counterclaim Defendants' Motion to Remand to Alaska Superior Court (28 U.S.C. 1446(b)(3)). Defendants Manifest Legal, LLLC and Meghan Rae responded in opposition to the motion at Docket 6 to which Plaintiff/Counterclaim Defendants replied at Docket 17.[1]

Defendant Manifest Legal, LLLC timely exercised its right of removal within 30 days of being served pursuant to 28 U.S.C. § 1446(b)(2)(B) and Defendant

---

[1] *See also* Errata to Reply at Docket 18.

Meghan Rae consented to and joined the removal in accordance with 28 U.S.C. § 1446(b)(2)(C). Section 1446(b)(3) is not applicable in this case because the initial complaint was removable, and by its terms, subsection (b)(3) only applies when "the initial pleading is not removable." In light of the preceding, the motion to remand at Docket 5 is DENIED. IT IS SO ORDERED.

DATED this 17th day of September, 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00176-SLG, *Law Offices of Christy Lee v. Rae, et al.*
Order re Motion to Remand to Alaska Superior Court
Page 2 of 2
Case 3:24-cv-00176-SLG   Document 19   Filed 09/17/24   Page 2 of 2