John C. Pharr
LAW OFFICES OF JOHN C. PHARR, P.C.
1577 C St., Ste 204
Anchorage, AK 99501
Phone (907) 272-2525
Fax (907) 531-1824
jpharr@pharr-law.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAW OFFICES OF CHRISTY LEE, P.C.,<br><br>    Plaintiff<br>v.<br><br>MEGHAN RAE and<br>MANIFEST LEGAL, LLLC,<br><br>    Defendants.<br>_____<br>MEGHAN RAE,<br><br>    Counterclaim plaintiff,<br><br>v.<br><br>LAW OFFICES OF CHRISTY LEE, P.C. and CHRISTINA LEE,<br><br>    Counterclaim defendants. | CERTIFICATE OF SERVICE<br><br><br>Case No. 3:24-cv-00176-SLG |

    I certify that on this 1st day of December, 2024, I served the sealed Exhibits to Declaration of John C. Pharr in Support of Motion for Leave to File Under Seal by email

1

on the following:

Kimberlee Colbo
Hughes White Colbo & Tervooren, LLC
4241 B St., Ste 202
Anchorage, Alaska 99503
kcolbo@hugheswhite.com

Jahna M. Lindemuth
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, AK 99501
jahna@cashiongilmore.com

    DATED December 1, 2024 in Anchorage, Alaska.

    LAW OFFICES OF JOHN C. PHARR, P.C.
    Attorney for LAW OFFICES OF CHRISTY LEE, P.C. and CHRISTINA LEE


    By: /s/ John C. Pharr
        John C. Pharr