Jahna M. Lindemuth (AK Bar No. 9711068)
C. Maeve Kendall (AK Bar No. 1711063)
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Facsimile:  (907) 222-7938
jahna@cashiongilmore.com
maeve@cashiongilmore.com

*Attorneys for Meghan Rae and
Manifest Legal, LLLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAW OFFICES OF CHRISTY LEE, P.C., <br><br>                    Plaintiff, <br>vs. <br><br>MEGHAN RAE and MANIFEST LEGAL, LLLC, <br><br>                    Defendants. | |
| MEGHAN RAE, <br><br>                    Counter-Plaintiff, <br>vs. <br><br>LAW OFFICES OF CHRISTY LEE, P.C. and CHRISTINA LEE, <br><br>                    Counter-Defendants. | Case No. 3:24-cv-00176-SLG |

## **DEFENDANTS' NOTICE REGARDING PHARR AFFIDAVIT**

Although Defendants Meghan Rae and Manifest Legal, LLLC disagree with most statements in Plaintiff's reply filed at ECF No. 58, Counsel for Defendants needs to correct

an incorrect statement in Mr. Pharr's Affidavit, ECF No. 61. Ms. Lindemuth did respond to Mr. Pharr's request to stipulate to designating the entire file as confidential, and that response is evident in Exhibit 2 to Mr. Pharr's Affidavit (ECF No. 61-2).

    CASHION GILMORE & LINDEMUTH
Attorneys for Meghan Rae and
Manifest Legal, LLLC

DATE: December 6, 2024    /s/ C. Maeve Kendall
C. Maeve Kendall
Alaska Bar No. 1711063

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing was served via CM/ECF on December 6, 2024 on all counsel of record.

CASHION GILMORE & LINDEMUTH

By: /s/ C. Maeve Kendall