IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| LAW OFFICES OF CHRISTY LEE, P.C., <br><br> Plaintiff, <br><br> v. <br><br> MEGHAN RAE AND MANIFEST LEGAL, LLC <br><br> Defendants. | Case No. 3:24-cv-176-SLG <br><br><br> ORDER ON MOVANT STEVEN M. WELLS' MOTION TO INTERVENE |
| MEGHAN RAE, <br><br> Counter-Plaintiff, <br><br> v. <br><br> LAW OFFICES OF CHRISTY LEE, P.C. AND CHRISTINA LEE, <br><br> Counter-Defendants. | |

    For the reasons listed in Movant's motion, Mr. Wells is hereby allowed to intervene as a matter of right to assert his right to attorney-client privilege and attorney confidentiality. Further, for the reasons listed in Movant's motion, this court finds that the materials sought by Defendant Rae are covered by the attorney-client privilege and the attorney's duty to maintain confidences and secrets as defined in Alaska Rule of Professional Conduct 1.6(a). For this reason, the billing records Law Offices of Christy Lee, P.C., regarding Movant are hereby exempt from this court's order of disclosure.

These factual findings and orders are applied only to Movant Steven M. Wells and do not apply to any other client records at issue in this case without a further order explicitly applicable to any other client.

It Is So Ordered.

                                                             _____
Judge/Magistrate
United States District Court
District of Alaska