Kimberlee A. Colbo
COLBO LAW OFFICE, LLC
200 W. 34th Avenue, PMB 636
Anchorage, AK 99503
Telephone: (907) 570-1244
kcolbo@colbolaw.com

Attorney for Plaintiff/Counter-Defendant Law Offices of Christy Lee, P.C.,

Christy Lee
1215 W. 8th Ave.
Anchorage, AK 99501
Telephone: (907) 339-9931
clee@christyleelaw.com

Counter-Defendant, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAW OFFICES OF CHRISTY LEE, P.C.,<br>Plaintiff,<br>v.<br>MEGHAN RAE and MANIFEST LEGAL, LLLC,<br>Defendants. | Case No. 3:24-cv-00176-SLG |
| MEGHAN RAE,<br>Counter-Plaintiff,<br>v.<br>LAW OFFICES OF CHRISTY LEE, P.C., and CHRISTY LEE, Individually,<br>Counter-Defendants. | |

## AFFIDAVIT OF KIMBERLEE A. COLBO

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

I, Kimberlee A. Colbo, being first duly sworn, state as follows:

1. My name is Kimberlee Colbo. I am a member of Colbo Law Office, LLC, counsel of record for Law Offices of Christy Lee, P.C.. I have personal knowledge of the matters stated herein.

2. I have been practicing in Anchorage, Alaska for nearly 33 years. During that time, I have tried over 30 cases to jury verdicts, have had over 20 published Alaska Supreme Court decisions, and have handled dozens of contested arbitrations and bench trials to their litigated decisions. In 2020, I was appointed a Fellow of the American College of Trial Attorneys (ACTL).

3. The Court may or may not be familiar with ACTL. Less than 1% of lawyers in the country are considered qualified to become Fellows of the College and then are only approved for Fellowship after they are nominated by other Fellows in their state and after an extensive background check into their litigation experience and professional ethics has been completed on both the local and national levels. The process for approving a nominee for Fellowship takes approximately 9 months after the nomination petition is submitted by the local committee and the nominee is not made aware that they are even being considered for Fellowship until their nomination has been approved on the national level.

4. I am charging $350/hour for representing plaintiff in this matter. In my opinion, that is a reasonable rate for a matter of this nature for a lawyer with Ms.

Lindemuth's experience. In my opinion, a rate of $525/hour is far in excess of a reasonable rate in the Anchorage legal community for this type of lawsuit. The rate for an associate would be less than $325/hour and more on the order of $250/hour given the level of civil experience Ms. Kendall appears to have in my opinion.

FURTHER YOUR AFFIANT SAYETH NAUGHT

DATED at Anchorage, Alaska this 21st day of July 2025.

Kimberlee A. Colbo

SUBSCRIBED AND SWORN TO before me this 21st day of July, 2025.

LAURA M. HOGINS
Notary Public
State of Alaska
My Commission Expires Jun 15, 2027

Notary Public in and for Alaska
My Commission Expires June 15, 2027

CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing was served via the court's ECF system on the 21st day of July, 2025.

Jahna M. Lindemuth
Caitlin Maeve Kendall
Cashion Gilmore & Lindemuth
jahna@cashiongilmore.com
maeve@cashiongimore.com

Christy Lee
clee@christyleelaw.com

*/s/ Kimberlee A. Colbo*
Kimberlee A. Colbo