Kimberlee A. Colbo
COLBO LAW OFFICE, LLC
200 W. 34th Avenue, PMB 636
Anchorage, AK 99503
Telephone: (907) 570-1244
kcolbo@colbolaw.com

Attorney for Plaintiff/Counter-Defendant Law Offices of Christy Lee, P.C.,

Christy Lee
1215 W. 8th Ave.
Anchorage, AK 99501
Telephone: (907) 339-9931
clee@christyleelaw.com

Counter-Defendant, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAW OFFICES OF CHRISTY LEE, P.C.,<br>    Plaintiff,<br>v.<br>MEGHAN RAE and MANIFEST<br>LEGAL, LLLC,<br>    Defendants. | Case No. 3:24-cv-00176-SLG |
| MEGHAN RAE,<br>    Counter-Plaintiff,<br>v.<br>LAW OFFICES OF CHRISTY LEE, P.C.,<br>and CHRISTY LEE, Individually,<br>    Counter-Defendants. | **NOTICE OF COMPLIANCE<br>WITH 6/26/25 ORDER** |

Plaintiff and Counter-Defendants hereby give notice to the Court of their

compliance with the provisions of the Court's June 26, 2025 Order as set forth in the

attached Exhibit 1.  A total of 15,440 pages are being produced, in addition to another 1,362 pages as a supplement to their previous disclosures.

Dated at Anchorage, Alaska this 25th day of July, 2025.

COLBO LAW OFFICE, LLC
Attorneys for Plaintiff and
Counter-Defendant
Law Offices of Christy Lee, P.C.,

By:/s/ Kimberlee A. Colbo
Kimberlee A. Colbo
ABA No. 9211072
200 W. 34th Avenue, PMB 636
Anchorage, AK 99503
Telephone No. (907) 570-1244
Email:  kcolbo@colbolaw.com

CHRISTY LEE, Individually
Counter-Defendant

By:/s/ Christy Lee
Christy Lee
1215 W. 8th Ave.
Anchorage, AK 99501
Telephone: (907) 339-9931
clee@christyleelaw.com

CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy
of the foregoing was served via email
on the 25th day of July, 2025.

Jahna M. Lindemuth
Caitlin Maeve Kendall
Cashion Gilmore & Lindemuth
jahna@cashiongilmore.com
maeve@cashiongimore.com

Christy Lee
clee@christyleelaw.com


*/s/ Kimberlee A. Colbo*
Kimberlee A. Colbo