Jahna M. Lindemuth (AK Bar No. 9711068)
C. Maeve Kendall (AK Bar No. 1711063)
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7932
Facsimile: (907) 222-7938
jahna@cashiongilmore.com
maeve@cashiongilmore.com

*Attorneys for Meghan Rae and
Manifest Legal, LLLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAW OFFICES OF CHRISTY LEE, P.C., <br><br> Plaintiff, <br><br> vs. <br><br> MEGHAN RAE and MANIFEST LEGAL, LLLC, <br><br> Defendants. | |
| MEGHAN RAE, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> LAW OFFICES OF CHRISTY LEE, P.C. and CHRISTINA LEE, <br><br> Counter-Defendants. | Case No. 3:24-cv-00176-SLG |

### [PROPOSED] ORDER DENYING MOTION TO INTERVENE TO ASSERT RIGHT TO CLIENT CONFIDENTIALITY

[PROPOSED] ORDER DENYING MOTION TO INTERVENE
*Law Offices of Christy Lee, P.C. v. Meghan Rae,* Case No. 3:24-cv-00176-SLG  Page 1 of 2
Case 3:24-cv-00176-SLG    Document 207-1    Filed 08/04/25    Page 1 of 2

THIS COURT, having considered Steven Wells' Motion to Intervene to Assert Right to Client Confidentiality, Meghan Rae and Manifest Legal, LLLC's opposition, and any reply thereto, hereby DENIES the motion. The parties to this litigation can and have adequately addressed LOCL clients' interests in privileged information, and this Court has already issued orders to protect such information. In the Court's Protective Order covering privileged and confidential information (Docket 31) and the discovery order explaining the Counterdefendants' ability to redact information from billing records that includes "information that reveals litigation strategy or legal advice or opinions" (Docket 183 at 37), Mr. Wells' privacy interest in his billing records created by LOCL has already been addressed by this Court.

**IT IS SO ORDERED.**

DATED:_____              _____
                                Hon. Sharon L. Gleason
                                United States District Court Judge


**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing was served via CM/ECF on August 4, 2025, on all counsel of record.

CASHION GILMORE & LINDEMUTH

By:  */s/ Jahna M. Lindemuth*

[PROPOSED] ORDER DENYING MOTION TO INTERVENE
*Law Offices of Christy Lee, P.C. v. Meghan Rae,* Case No. 3:24-cv-00176-SLG    Page 2 of 2
Case 3:24-cv-00176-SLG    Document 207-1    Filed 08/04/25    Page 2 of 2