# In the United States District Court
## District of Alaska

Law Offices of Christy Lee, P.C.,

      Plaintiff,

    v.

Meghan Rae and Manifest Legal, LLC

      Defendants.

Meghan Rae,

      Counter-Plaintiff,

    v.

Law Offices of Christy Lee, P.C. and Christina Lee,

      Counter-Defendants.

Case No. 3:24-cv-176-SLG

Order on Motion for Leave to Proceed via Pseudonym – Jane Doe 1

Because Jane Doe 1 is not a party to this suit and because she wishes to intervene to assert her right to the attorney-client privilege and attorney confidentiality, her motion to proceed via pseudonym is well-taken as regards the motion to intervene.

One reason this motion is granted is because counsel for Jane Doe 1 will provide her identity to defense counsel. If counsel for Jane Doe 1 does not do so, defense counsel should advise this court.

It Is So Ordered.

_____
Judge/Magistrate
United States District Court
District of Alaska